CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:98-cv-00613-JJF
## Internal Use Only

Allen v. Howmedica Leibinger, et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 28:1332 Diversity-Property Damage

Date Filed: 10/28/1998
Jury Demand: Both
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**George S. Allen**

represented by **Joanne Ceballos**
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Email: jceballos@bgbblaw.com
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: provner@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*TERMINATED: 07/27/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Howmedica Leibinger GmbH**       represented by   **Matthew F. Boyer**
*TERMINATED: 10/14/1999*  Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 884-6585
Fax: (302) 658-0380
Email: mboyer@cblh.com
*TERMINATED: 10/14/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Howmedica Leibinger Inc.**       represented by   **Matthew F. Boyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**       represented by   **Matthew F. Boyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Howmedica Inc.**       represented by   **Matthew F. Boyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howmedica Leibinger GmbH**       represented by   **Matthew F. Boyer**
*TERMINATED: 10/14/1999*  (See above for address)
*TERMINATED: 10/14/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howmedica Leibinger Inc.**       represented by   **Matthew F. Boyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Pfizer Inc.**       represented by   **Matthew F. Boyer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howmedica Inc.**                          represented by  **Matthew F. Boyer**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**George S. Allen**                         represented by  **William J. Marsden, Jr.**
                                                            (See above for address)
                                                            *TERMINATED: 07/27/1999*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joanne Ceballos**
                                                            (See above for address)
                                                            *TERMINATED: 06/06/2000*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Philip A. Rovner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howmedica Leibinger GmbH**                represented by  **Matthew F. Boyer**
*TERMINATED: 09/15/1999*                                    (See above for address)
                                                            *TERMINATED: 09/15/1999*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howmedica Leibinger Inc.**                represented by  **Matthew F. Boyer**
*TERMINATED: 09/15/1999*                                    (See above for address)
                                                            *TERMINATED: 09/15/1999*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Pfizer Inc.**                             represented by  **Matthew F. Boyer**
*TERMINATED: 09/15/1999*                                    (See above for address)
                                                            *TERMINATED: 09/15/1999*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howmedica Inc.**                          represented by  **Matthew F. Boyer**

*TERMINATED: 09/15/1999*                    (See above for address)
                                            *TERMINATED: 09/15/1999*
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/1998 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 123407 (dab) (Entered: 10/29/1998) |
| 10/28/1998 | | SUMMONS(ES) issued for Howmedica Leibinger, Howmedica Inc., Howmedica Leib Inc., Pfizer Inc. (dab) (Entered: 10/29/1998) |
| 10/28/1998 | | DEMAND for jury trial by George S. Allen (dab) (Entered: 10/29/1998) |
| 10/29/1998 | 2 | RETURN OF SERVICE executed as to Howmedica 10/29/98 Answer due on 11/18/98 for Howmedica (dab) (Entered: 10/29/1998) |
| 10/29/1998 | 3 | RETURN OF SERVICE executed as to Howmedica Leib Inc. 10/29/98 Answer due on 11/18/98 for Howmedica Leib Inc. (dab) (Entered: 10/29/1998) |
| 10/29/1998 | 4 | RETURN OF SERVICE executed as to Pfizer Inc. 10/29/98 Answer due on 11/18/98 for Pfizer Inc. (dab) (Entered: 10/29/1998) |
| 11/03/1998 | | SUMMONS(ES) issued for Howmedica Leibinger GmbH, c/o Harold Pezzner, Esq. (dab) (Entered: 11/04/1998) |
| 11/04/1998 | 5 | RETURN OF SERVICE executed as to Howmedica Leibinger 11/3/98 Answer due on 11/23/98 for Howmedica Leibinger (dab) (Entered: 11/04/1998) |
| 11/04/1998 | 6 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) (Entered: 11/04/1998) |
| 11/19/1998 | 7 | STIPULATION with proposed order that the time for defendants to respond to the Complaint is extended to 12/18/98. (sm) (Entered: 11/20/1998) |
| 11/19/1998 | | **Added for Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica attorney Matthew F. Boyer (sm) (Entered: 11/20/1998) |
| 11/20/1998 | 8 | MOTION by George S. Allen with Proposed Order for Suzanne M. Parker, Esq. to Appear Pro Hac Vice re: [8-1] motion (sm) (Entered: 11/23/1998) |
| 11/20/1998 | 9 | MOTION by George S. Allen with Proposed Order for William K. Wells, Jr., Esq. to Appear Pro Hac Vice re: [9-1] motion (sm) (Entered: 11/23/1998) |
| 11/25/1998 | | So Ordered GRANTING [8-1] motion for Suzanne M. Parker, Esq. to Appear Pro Hac Vice, GRANTING [9-1] motion for William K. Wells, Jr., Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 11/30/1998) |

| 02/17/1999 | 20 | CERTIFICATE OF SERVICE by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dft's 1st set of interrogs. (sm) (Entered: 02/19/1999) |
|---|---|---|
| 02/17/1999 | 21 | CERTIFICATE OF SERVICE by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dft's 1st request for production of documents. (sm) (Entered: 02/19/1999) |
| 02/17/1999 | 22 | REPLY MEMORANDUM Filed by George S. Allen [16-1] motion for Judgment on the Pleadings For Failing To State A Claim (SEALED) (sm) (Entered: 02/19/1999) |
| 02/18/1999 | 23 | Letter to the Court dated 2/18/99 by William J. Marsden, Jr., Esq. RE: Pltf. requests oral argument on his motion for judgment on the pleadings for failing to state a claim (D.I. 16). (sm) (Entered: 02/22/1999) |
| 03/03/1999 | 24 | MOTION by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica for Leave to Submit A Sur-Reply Memorandum re: [24-1] motion (sm) (Entered: 03/05/1999) |
| 03/09/1999 | 25 | Letter to the Court dated 3/9/99 by William J. Marsden, Jr., Esq. RE: In response to Dfts' motion to submit a sur-reply memorandum, pltf. intends to submit a response to Dft's sur-reply. (sm) (Entered: 03/10/1999) |
| 03/12/1999 | 26 | CERTIFICATE OF SERVICE by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dft. Howmedica Inc.'s response to pltf's 1st set of interrogs. (sm) Modified on 04/13/1999 (Entered: 03/16/1999) |
| 03/12/1999 | 27 | CERTIFICATE OF SERVICE by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dft. Pfizer's response to pltf's 1st set of interrogs. (sm) Modified on 04/13/1999 (Entered: 03/16/1999) |
| 03/12/1999 | 28 | CERTIFICATE OF SERVICE by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dft. Howmedica Leibinger Inc's response to pltf's 1st set of interrogs. (sm) Modified on 04/13/1999 (Entered: 03/16/1999) |
| 03/12/1999 | 29 | CERTIFICATE OF SERVICE by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dft. Howmedica Leibinger GMBH's response to pltf's 1st set of interrogs. (sm) Modified on 04/13/1999 (Entered: 03/16/1999) |
| 03/12/1999 | 30 | MOTION by George S. Allen To Submit A Response To Counterclaimants' Sur-Reply Memorandum Answer Brief due 3/26/99 re: [30-1] motion (sm) (Entered: 03/16/1999) |
| 03/16/1999 | | **Terminated deadlines (sm) (Entered: 03/16/1999) |
| 03/17/1999 | 31 | Letter to the Court dated 3/17/99 by William J. Marsden, Jr., Esq. RE: Pltf. renews his request for oral argument on Dr. Allen's Motion for Judgment on the Pleadings for Failing to State a Claim (D.I. 16). (sm) (Entered: 03/18/1999) |

| 03/19/1999 | 32 | CERTIFICATE OF SERVICE by George S. Allen RE: Pltf's responses to dfts' 1st set of document requests & Pltf's responses to dfts' 1st set of interrogs. (sm) (Entered: 03/19/1999) |
|---|---|---|
| 04/05/1999 | 33 | MOTION by Howmedica Leibinger for Judgment on the Pleadings Due To Lack Of Personal Jurisdiction Answer Brief due 4/19/99 re: [33-1] motion (sm) (Entered: 04/06/1999) |
| 04/05/1999 | 34 | OPENING MEMORANDUM IN SUPPORT Filed by Howmedica Leibinger [33-1] motion for Judgment on the Pleadings Due To Lack Of Personal Jurisdiction (sm) (Entered: 04/06/1999) |
| 04/06/1999 | 35 | Letter to the Clerk of the Court dated 4/6/99 by Matthew F. Boyer, Esq. RE: Attached original signatures of Karl M. Richter and Richard M. Williams to replace the copies filed in dfts' opening brief as Exhibits A and B on 4/5/99 (D.I. 34). (sm) (Entered: 04/07/1999) |
| 04/19/1999 | 36 | MEMORANDUM IN OPPOSITION Filed by George S. Allen [33-1] motion for Judgment on the Pleadings Due To Lack Of Personal Jurisdiction - Reply Brief due 4/26/99 (sm) (Entered: 04/20/1999) |
| 04/19/1999 | 37 | Appendix to Brief Filed by George S. Allen Appending [36-1] answer brief (SEALED) (sm) (Entered: 04/20/1999) |
| 04/20/1999 | | **Terminated document (Motions, D.I. 24 & D.I. 30, because parties do not oppose these motions, SEE Certifications attached to motions) (sm) (Entered: 04/20/1999) |
| 04/20/1999 | 38 | Declaration of William J. Marsden, Jr. Pursuant to Rule 56(f) (sm) (Entered: 04/20/1999) |
| 04/20/1999 | 39 | CERTIFICATE OF SERVICE by George S. Allen RE: Pltf's 2nd set of requests for the production of documents and things to dft's. (sm) (Entered: 04/21/1999) |
| 04/21/1999 | 40 | NOTICE by George S. Allen to take 30(b)(6) deposition of Howmedica Leibinger, Inc. on 5/13/99 at 9:30 am. (sm) (Entered: 04/23/1999) |
| 04/21/1999 | 41 | NOTICE by George S. Allen to take deposition pursuant to Fed.R.Civ.P.30 of Karl Leibinger on 5/19/99 at 9:30 am. (sm) (Entered: 04/23/1999) |
| 04/21/1999 | 42 | NOTICE by George S. Allen to take deposition pursuant to Fed.R.Civ.P.30 of Franz Leibinger on 5/19/99 at 1:30 pm. (sm) (Entered: 04/23/1999) |
| 04/21/1999 | 43 | NOTICE by George S. Allen to take deposition pursuant to Fed.R.Civ.P.30(b)(6) of Howmedica Leibinger GmbH on 5/18/99 at 9:30 am. (sm) (Entered: 04/23/1999) |
| 04/21/1999 | 44 | NOTICE by George S. Allen to take deposition pursuant to Fed.R.Civ.P.30(b)(6) of Pfizer, Inc. on 5/11/99 at 9:30 am. (sm) (Entered: 04/23/1999) |
| 04/21/1999 | 45 | NOTICE by George S. Allen to take deposition pursuant to |

| | | |
|---|---|---|
| | | 06/28/1999 (Entered: 06/25/1999) |
| 06/23/1999 | 68 | CERTIFICATE OF SERVICE by George S. Allen RE: Pltf's 2nd set of interrogs. to dft., Pfizer, Inc. (sm) Modified on 06/28/1999 (Entered: 06/25/1999) |
| 06/23/1999 | 69 | CERTIFICATE OF SERVICE by George S. Allen RE: Pltf's 2nd set of interrogs. to dft., Howmedica, Inc. (sm) Modified on 06/28/1999 (Entered: 06/25/1999) |
| 06/28/1999 | | **Reset last document number to 69 (sm) (Entered: 06/28/1999) |
| 06/28/1999 | 70 | Letter to the Court dated 6/28/99 by Joanne Ceballos, Esq. RE: Pltf. requests the Court schedule an in-person hearing on D.I. 16, D.I. 33, D.I. 57 & D.I. 62. (sm) (Entered: 06/29/1999) |
| 06/28/1999 | 71 | Letter to the Court dated 6/28/99 by Matthew F. Boyer, Esq. RE: Attached pages from 2 deposition transcripts that were inadvertently omitted from Exhibits B and C of Dfts' 6/22/99 response to pltf's 6/8/99 discovery letter on the crime-fraud exception. (sm) (Entered: 06/29/1999) |
| 06/29/1999 | 72 | Letter to the Court dated 6/29/99 by Joanne Ceballos, Esq. (SEALED) (sm) (Entered: 07/01/1999) |
| 07/07/1999 | 73 | Letter to the Court dated 7/7/99 by Joanne Ceballos, Esq. RE: Connolly, Bove's representation of HLG in the interference. (sm) (Entered: 07/09/1999) |
| 07/08/1999 | 74 | Letter to the Court dated 7/8/99 by William J. Dorgan, Esq. RE: To supplement Dr. Allen's letters seeking discovery of allegedly privileged documents (D.I. 62 and 72), with respect to the relevance of a decision relied upon by dft's in their responsive letter (D.I. 65). (sm) (Entered: 07/09/1999) |
| 07/16/1999 | 75 | MOTION by George S. Allen with Proposed Order to Amend [1-1] complaint re: [75-1] motion; UNOPPOSED (sm) (Entered: 07/19/1999) |
| 07/20/1999 | 76 | NOTICE by Pfizer Inc. to take deposition of Robert H. Dick Pursuant to Fed.R.Civ.P.30 on 7/29/99 at 9:30 a.m. (sm) (Entered: 07/21/1999) |
| 07/20/1999 | 77 | NOTICE by Pfizer Inc. to take deposition of George S. Allen Pursuant to Fed.R.Civ.P.30 on 8/18/99 at 9:30 a.m. (sm) (Entered: 07/21/1999) |
| 07/20/1999 | | So Ordered GRANTING [75-1] motion to Amend [1-1] complaint ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 07/21/1999) |
| 07/20/1999 | 78 | AMENDED COMPLAINT by George S. Allen , (Answer due 7/30/99 for Howmedica, for Pfizer Inc., for Howmedica Leib Inc., for Howmedica Leibinger ) amending [1-1] complaint (sm) (Entered: 07/21/1999) |
| 07/23/1999 | 79 | CERTIFICATE OF SERVICE by Howmedica Leibinger, Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dft. Howmedica Leibinger GMBH's Response to pltf's 2nd set of interrogs. (sm) (Entered: |

| | | |
|---|---|---|
| 08/30/1999 | 92 | BRIEF IN OPPOSITION Filed by Pfizer Inc. [88-1] motion for Protective Order To Prohibit Enforcement Of Subpoena For Deposition Of Pltf's Counsel - Reply Brief due 9/7/99 (SEALED) (sm) (Entered: 08/30/1999) |
| 08/31/1999 | | Tele-conference held (Farnan, J), K. Maurer, rptr; The Court will conduct an in camera review of 25 privileged documents on 9/10/99 at 11:00 a.m. in Court. The Court will discuss the pending motions at that time. (sm) (Entered: 08/31/1999) |
| 08/31/1999 | 93 | MOTION by Pfizer Inc. to Compel Documents and Testimony From Picker International, Inc., James M. McNally and John J. Fry Pursuant to Fed.R.Civ.P.45 Answer Brief due 9/14/99 re: [93-1] motion (sm) (Entered: 09/02/1999) |
| 08/31/1999 | 94 | Letter to the Court dated 8/31/99 by Matthew F. Boyer, Esq. RE: Enclosed courtesy copies of Pfizer's Motion to Compel and Stipulated revised Rule 16 scheduling order. (sm) (Entered: 09/02/1999) |
| 09/01/1999 | 95 | Steno Notes for 8/31/99 teleconference, K. Maurer, rptr. (sm) (Entered: 09/02/1999) |
| 09/02/1999 | 96 | CERTIFICATE OF SERVICE by George S. Allen RE: Pltf's responses to dft's 1st set of requests for things. (sm) (Entered: 09/03/1999) |
| 09/02/1999 | 97 | NOTICE by George S. Allen to take deposition Pursuant to Fed.R.Civ.P.30 of Lawrence Akers on 9/13/99 at 9:30 a.m. (sm) (Entered: 09/03/1999) |
| 09/03/1999 | | Deadline updated; set Hearing for 11:00 9/10/99 per calendar notice. (sm) (Entered: 09/03/1999) |
| 09/03/1999 | 98 | TRANSCRIPT filed [0-0] telephone conference for dates of 8/31/99, K. Maurer, rptr. (sm) (Entered: 09/03/1999) |
| 09/03/1999 | 99 | Letter to the Court dated 9/3/99 by Matthew F. Boyer, Esq. RE: Attached letter dated 12/22/98 by Rudolph Hutz, Esq. to Curtis Hall, Esq. of Stryker Corporation regarding the German defendant as referenced in the 8/31/99 teleconference by pltf's counsel. (sm) (Entered: 09/03/1999) |
| 09/07/1999 | 100 | MOTION by George S. Allen with Proposed Order For Issuance of Letters of Request Pursuant to the Hague Convention for the Purpose of Taking the Depositions of Two Witnesses in Germany Answer Brief due 9/21/99 re: [100-1] motion (sm) (Entered: 09/08/1999) |
| 09/07/1999 | 101 | MEMORANDUM IN SUPPORT Filed by George S. Allen [100-1] motion For Issuance of Letters of Request Pursuant to the Hague Convention for the Purpose of Taking the Depositions of Two Witnesses in Germany (SEALED) (sm) (Entered: 09/08/1999) |
| 09/08/1999 | | So Ordered GRANTING [100-1] motion For Issuance of Letters of Request Pursuant to the Hague Convention for the Purpose of Taking the Depositions of Two Witnesses in Germany ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 09/08/1999) |

| 09/09/1999 | 102 | RESPONSE by Picker International, Inc. in opposition to [93-1] motion to Compel Documents and Testimony From Picker International, Inc., James M. McNally and John J. Fry Pursuant to Fed.R.Civ.P.45 (sm) (Entered: 09/09/1999) |
|---|---|---|
| 09/09/1999 | 103 | MOTION by George S. Allen with Proposed Order for John W. Bateman, Esq. to Appear Pro Hac Vice re: [103-1] motion (sm) (Entered: 09/13/1999) |
| 09/10/1999 | | In Camera Review hearing held (Farnan, J), V. Gunning, rptr; Pretrial rescheduled for 5/18/00 at 12:00 pm. Jury trial rescheduled for 5/30/00 at 9:00 am. Parties to submit proposed scheduling order. Pltf's request for production of documents denied. (sm) Modified on 09/14/1999 (Entered: 09/14/1999) |
| 09/10/1999 | 104 | SEALED DOCUMENT RE: Dft's production of documents for in camera review on 9/10/99. (sm) (Entered: 09/14/1999) |
| 09/10/1999 | | Deadline updated; reset Pretrial Conference for 12:00 5/18/00 , reset Proposed Pretrial Order deadline to 5/15/00 , reset Jury Trial for 9:00 5/30/00 per calendar notice. (sm) (Entered: 09/14/1999) |
| 09/13/1999 | 105 | STIPULATED Revised Rule 16 Scheduling Order with proposed order (sm) (Entered: 09/14/1999) |
| 09/14/1999 | | **Terminated deadlines (sm) (Entered: 09/14/1999) |
| 09/14/1999 | | So Ordered GRANTING [103-1] motion for John W. Bateman, Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 09/15/1999) |
| 09/14/1999 | 106 | LETTER REPLY Filed by Pfizer Inc. [93-1] motion to Compel Documents and Testimony From Picker International, Inc., James M. McNally and John J. Fry Pursuant to Fed.R.Civ.P.45 (sm) (Entered: 09/15/1999) |
| 09/14/1999 | 107 | Subpoena for Sofamor Danek USA (sm) (Entered: 09/15/1999) |
| 09/14/1999 | 108 | Subpoena for John J. Fry, Picker International, Inc. (sm) (Entered: 09/15/1999) |
| 09/14/1999 | 109 | Subpoena for Picker Inernational, Inc. (sm) (Entered: 09/15/1999) |
| 09/14/1999 | 110 | Subpoena for James M. McNally, Picker International, Inc. (sm) (Entered: 09/15/1999) |
| 09/15/1999 | | So Ordered GRANTING [105-1] stipulation set Scheduling Order Deadlines: Discovery deadline on 12/15/99 ; Deadline for filing dispositive motions by 3/10/00 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 09/17/1999) |
| 09/15/1999 | 111 | ORDER that Pltf's [16-1] motion for Judgment on the Pleadings For Failing To State A Claim is GRANTED. Because of the Court's ruling, the Pltf's letter request for oral argument on the issue (D.I. 23) is DENIED AS MOOT. ( signed by Judge Joseph J. Farnan Jr. ) copies to: |

| | | |
|---|---|---|
| | | Gunning, rptr. (SEALED) (sm) (Entered: 10/05/1999) |
| 10/01/1999 | 123 | MOTION by George S. Allen for Reargument of [113-1] Order Regarding Communications and Documents Withheld by Dfts. on the Basis of Privilege Answer Brief due 10/15/99 re: [123-1] motion (sm) (Entered: 10/05/1999) |
| 10/01/1999 | 124 | MEMORANDUM IN SUPPORT Filed by George S. Allen [123-1] motion for Reargument of [113-1] Order Regarding Communications and Documents Withheld by Dfts. on the Basis of Privilege (sm) (Entered: 10/05/1999) |
| 10/13/1999 | 125 | Letter to the Court dated 10/13/99 by Richard L. Horwitz, Esq. (SEALED) (sm) (Entered: 10/14/1999) |
| 10/14/1999 | 126 | MEMORANDUM ORDER that Pfizer's [93-1] motion to Compel Documents and Testimony From Picker International, Inc., James M. McNally and John J. Fry Pursuant to Fed.R.Civ.P.45 is GRANTED, but limited to depositions and documents regarding discussions and/or exchanges which occurred between Dfts' and Picker in 1996. Picker International, Inc. is granted 20 days from the date of this order to produce to the Dfts' any documents regarding exchanges which transpired between the Dfts' and Picker in 1996. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 10/14/1999) |
| 10/14/1999 | 127 | MEMORANDUM OPINION ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 10/14/1999) |
| 10/14/1999 | 128 | ORDER that Dft. Howmedica Leibinger GmbH's [33-1] motion for Judgment on the Pleadings Due To Lack Of Personal Jurisdiction is GRANTED. Because of the Court's ruling, the Pltf's May 24, 1999 letter requesting the Court to compel discovery from German Dft. Howmedica Leibinger GmbH (D.I. 57) is DENIED AS MOOT. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 10/14/1999) |
| 10/14/1999 | | **Terminated party Howmedica Leibinger GmbH (sm) (Entered: 10/14/1999) |
| 10/18/1999 | 129 | MEMORANDUM IN OPPOSITION Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [123-1] motion for Reargument of [113-1] Order Regarding Communications and Documents Withheld by Dfts. on the Basis of Privilege - Reply Brief due 10/25/99 (sm) (Entered: 10/25/1999) |
| 10/21/1999 | 130 | MOTION & MEMORANDUM IN SUPPORT by Pfizer Inc. for Modification or Reconsideration of [126-1] order Answer Brief due 11/4/99 re: [130-1] motion (SEALED) (sm) (Entered: 11/01/1999) |
| 10/22/1999 | 131 | Letter to the Court dated 10/22/99 by Rudolf E. Hutz, Esq. RE: Dfts' response to pltf's 10/13/99 letter to the Court regarding Wells deposition (SEALED) (sm) (Entered: 11/01/1999) |
| 10/25/1999 | 132 | STIPULATION with proposed order that the time for pltf. to file their reply brief in support of its motion for reargument of the 9/17/99 Order is extended to 10/27/99. (sm) (Entered: 11/01/1999) |

| 10/27/1999 | 133 | MOTION by George S. Allen for Reconsideration of [128-1] Decision Denying as "Moot" Pltf's Request to Obtain Discovery of Information at Howmedica Leibinger GmbH Answer Brief due 11/10/99 re: [133-1] motion (SEALED) (sm) (Entered: 11/01/1999) |
|---|---|---|
| 10/27/1999 | 134 | REPLY MEMORANDUM Filed by George S. Allen [123-1] motion for Reargument of [113-1] Order Regarding Communications and Documents Withheld by Dfts. on the Basis of Privilege (SEALED) (sm) (Entered: 11/01/1999) |
| 11/01/1999 | | So Ordered GRANTING [132-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 11/03/1999) |
| 11/03/1999 | 135 | Letter to the Court dated 11/3/99 by William J. Dorgan, Esq. RE: Dr. Allen requests that the Court deny a portion of Dfts' 10/21/99 motion that seeks the exclusion of evidence. (sm) (Entered: 11/04/1999) |
| 11/03/1999 | 136 | Discovery Dispute Letter Filed Pursuant To Stipulated Revised Rule 16 Scheduling Order by Potter Anderson & Corroon LLP (SEALED) (sm) (Entered: 11/04/1999) |
| 11/05/1999 | 137 | CERTIFICATE OF SERVICE by Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dfts' 2nd set of interrogs. (sm) (Entered: 11/08/1999) |
| 11/05/1999 | 138 | CERTIFICATE OF SERVICE by Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dfts' 2nd request for production of documents. (sm) (Entered: 11/08/1999) |
| 11/09/1999 | 139 | Letter to the Court dated 11/9/99 by Matthew F. Boyer, Esq. RE: Dfts' request the Court reconsider its Memorandum Order (D.I. 126). (sm) (Entered: 11/10/1999) |
| 11/10/1999 | 140 | LETTER RESPONSE Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [133-1] motion for Reconsideration of [128-1] Decision Denying as "Moot" Pltf's Request to Obtain Discovery of Information at Howmedica Leibinger GmbH - Reply Brief due 11/17/99 (sm) (Entered: 11/12/1999) |
| 11/15/1999 | 141 | Letter to the Court dated 11/12/99 by Richard M. Klein, Esq. RE: Non-party Picker International, Inc. requests the Court issue an Order allowing Picker to view the sealed motion for reconsideration filed by dfts'. (sm) (Entered: 11/16/1999) |
| 11/15/1999 | 142 | CERTIFICATE OF SERVICE by Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dfts' 3rd request for productio of documents. (sm) (Entered: 11/16/1999) |
| 11/15/1999 | 143 | CERTIFICATE OF SERVICE by Howmedica Leib Inc., Pfizer Inc., Howmedica RE: Dfts' 3rd set of interrogs. (sm) (Entered: 11/16/1999) |
| 11/16/1999 | 144 | Letter to the Court dated 11/16/99 by Richard L. Horwitz, Esq. RE: Requests decision on dft's motion for reconsideration before the deposition on Friday, 11/19/99. (sm) Modified on 11/17/1999 (Entered: 11/17/1999) |

| | | |
|---|---|---|
| 11/18/1999 | 145 | Letter to the Court dated 11/18/99 by Matthew F. Boyer, Esq. RE: Dfts' response to pltf's letter dated 11/3/99 (D.I. 136) seeking discovery regarding the substance of documents listed on dfts' privilege log. (sm) (Entered: 11/23/1999) |
| 11/18/1999 | 146 | MOTION by George S. Allen with Proposed Order For Issuance of Letters of Request Pursuant to the Hague Convention For the Purpose of Taking the Depositions of Two Witnesses in Germany Answer Brief due 12/2/99 re: [146-1] motion (sm) (Entered: 11/23/1999) |
| 11/18/1999 | 147 | MEMORANDUM IN SUPPORT (Volume 1 of 3) Filed by George S. Allen [146-1] motion For Issuance of Letters of Request Pursuant to the Hague Convention For the Purpose of Taking the Depositions of Two Witnesses in Germany (SEALED) (sm) (Entered: 11/23/1999) |
| 11/18/1999 | 148 | MEMORANDUM IN SUPPORT (Volume 2 of 2) Filed by George S. Allen [146-1] motion For Issuance of Letters of Request Pursuant to the Hague Convention For the Purpose of Taking the Depositions of Two Witnesses in Germany (SEALED) (sm) (Entered: 11/23/1999) |
| 11/18/1999 | 149 | MEMORANDUM IN SUPPORT (Volume 3 of 3) Filed by George S. Allen [146-1] motion For Issuance of Letters of Request Pursuant to the Hague Convention For the Purpose of Taking the Depositions of Two Witnesses in Germany (SEALED) (sm) (Entered: 11/23/1999) |
| 12/03/1999 | 150 | RESPONSE by George S. Allen in opposition to [145-1] letter and in further support of 11/3/99 letter (D.I. 136) relating to Dfts' improper assertion of the attorney-client privilege. Pltf. requests the Court issue an Order allowing him to take discovery regarding 2 issues. (sm) (Entered: 12/07/1999) |
| 12/10/1999 | 151 | SUPPLEMENT by Pfizer Inc. to motion [130-1] for Modification or Reconsideration of [126-1] order and Notice of Related Decision by Ohio District Court. (sm) (Entered: 12/15/1999) |
| 12/16/1999 | 152 | RESPONSE by George S. Allen in opposition to [151-1] Supplement to Dfts' Motion For Modification or Reconsideration and Notice of Related Decision by Ohio District Court (sm) (Entered: 12/21/1999) |
| 12/17/1999 | 153 | REPLY by Howmedica Leib Inc., Pfizer Inc., Howmedica in opposition to [152-1] opposition response (sm) (Entered: 12/22/1999) |
| 12/20/1999 | 154 | Letter to the Court dated 12/20/99 by William J. Dorgan, Esq. RE: Enclosed stipulated revised rule 16 scheduling order. (sm) (Entered: 01/03/2000) |
| 12/21/1999 | 155 | MEMORANDUM IN RESPONSE Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [146-1] motion For Issuance of Letters of Request Pursuant to the Hague Convention For the Purpose of Taking the Depositions of Two Witnesses in Germany - Reply Brief due 12/28/99 (sm) (Entered: 01/04/2000) |
| 12/22/1999 | 156 | STIPULATED REVISED RULE 16 SCHEDULING ORDER setting Discovery cutoff 5/1/00 ; Deadline for filing dispositive motions |

| | | |
|---|---|---|
| | | Deadline 9:00 1/30/01 ; Proposed Pretrial Order due on 1/15/01 ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 02/23/2000) |
| 02/23/2000 | | **Terminated deadlines (sm) (Entered: 02/23/2000) |
| 02/29/2000 | 168 | Letter to the Court dated 2/29/00 by William J. Dorgan, Esq. RE: Pltf. requests the Court deny the discovery sought by dfts' 2/15/00 letter (D.I. 163). (sm) (Entered: 03/02/2000) |
| 03/07/2000 | 169 | Letter to the Court dated 3/7/00 by Matthew F. Boyer, Esq. RE: Dfts' request the Court order pltf. to supplement his responses to dfts' 3rd set of interrogs. (sm) (Entered: 03/09/2000) |
| 03/08/2000 | 170 | Letter to the Court dated 3/8/00 by Matthew F. Boyer, Esq. RE: Attached substitute copy of dfts' reply letter which was filed yesterday, 3/7/00 in support of a request to compel supplemental responses to interrogs. (sm) (Entered: 03/10/2000) |
| 03/14/2000 | 171 | Letter to the Court dated 3/14/00 by Joanne Ceballos, Esq. RE: Pltf. moves the Court for leave to file a letter surreply to dfts' letter reply filed 3/8/00. (sm) (Entered: 03/15/2000) |
| 03/14/2000 | 172 | Letter to the Court dated 3/14/00 by Joanne Ceballos, Esq. RE: Attachment to letter (D.I. 171) (SEALED) (sm) (Entered: 03/15/2000) |
| 03/30/2000 | 173 | ORDER that Pltf's [88-1] motion for Protective Order To Prohibit Enforcement Of Subpoena For Deposition Of Pltf's Counsel is DENIED AS MOOT. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 03/31/2000) |
| 04/07/2000 | 174 | ORDER that Pltf's request to file letter surreply (D.I. 171) is GRANTED and the letter surreply (D.I. 172) is deemed filed as of the date of this Order. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 04/11/2000) |
| 04/12/2000 | 175 | MEMORANDUM ORDER that the Dfts' motion to compel (D.I. 165) is resolved as follows: 1) Interrogs. 31-31 is DENIED 2) Interrogs. 18-19 is GRANTED 3) Interrogs. 22-23 is DENIED 4) Interrogs. 26-29 is GRANTED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 04/13/2000) |
| 04/13/2000 | 176 | Letter to the Court by Matthew F. Boyer, Esq. RE: Requests clarification of the Court's ruling of 8/30/00 on Pltf's motion for a protective order to prohibit enforcement of subpoena for deposition of Pltf's counsel (D.I. 88). (sm) (Entered: 04/17/2000) |
| 04/14/2000 | 177 | Letter to the Court dated 4/14/00 by Joanne Ceballos, Esq. RE: Pltf's letter in response to dfts' letter of 4/13/00, which seeks clarification of the Court's 3/30/00 Order denying as moot Dr. Allen's Motion for Protective Order (D.I. 88). (sm) (Entered: 04/17/2000) |
| 04/17/2000 | 178 | Letter to the Court dated 4/17/00 by Matthew F. Boyer, Esq. RE: Dfts' reply to pltf's letter of 4/14/00 responding to dfts' request for clarification |

| | | |
|---|---|---|
| | | of the Court's 3/30/00 Order. (sm) (Entered: 04/17/2000) |
| 04/18/2000 | 179 | NOTICE by Pfizer Inc. to take deposition of William K. Wells, Jr. Pursuant to Fed. R. Civ. P. 30 on 5/24/00 at 9:30 a.m. (sm) (Entered: 04/18/2000) |
| 05/04/2000 | 180 | Letter to the Court dated 5/4/00 by Joanne Ceballos, Esq. (SEALED) (sm) (Entered: 05/09/2000) |
| 05/24/2000 | 181 | Letter to the Court dated 5/24/00 by Matthew F. Boyer, Esq. RE: Dft's response to Pltf's 5/4/00 letter motion seeking to block discovery. (sm) (Entered: 05/25/2000) |
| 05/31/2000 | 182 | STIPULATION with proposed order that the time for pltf's to file its reply to its motion for a protective order is extended to 6/8/00. (sm) (Entered: 06/02/2000) |
| 06/02/2000 | | So Ordered GRANTING [182-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 06/06/2000) |
| 06/06/2000 | 183 | **Terminated attorney Joanne Ceballos for George S. Allen Notice of attorney appearance for George S. Allen by Philip A. Rovner (sm) (Entered: 06/08/2000) |
| 06/08/2000 | 184 | Letter to the Court dated 6/8/00 by Michael B. Miller, Esq. (SEALED) (sm) (Entered: 06/12/2000) |
| 06/12/2000 | 185 | REQUEST by Howmedica Leib Inc., Pfizer Inc., Howmedica for oral argument on pltf's motion for protective order, D.I. 180. Dfts' believe oral argument may help resolve other related motions as well. (sm) (Entered: 06/13/2000) |
| 07/20/2000 | 186 | MOTION by George S. Allen with Proposed Order for Ronald E. Prass, Jr., Esq. to Appear Pro Hac Vice re: [186-1] motion (sm) (Entered: 07/21/2000) |
| 07/25/2000 | | So Ordered GRANTING [186-1] motion for Ronald E. Prass, Jr., Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 07/27/2000) |
| 07/31/2000 | 187 | MOTION by George S. Allen with Proposed Order For Stay Pending Resolution of Interference No. 103,657 Answer Brief due 8/14/00 re: [187-1] motion (sm) (Entered: 08/07/2000) |
| 07/31/2000 | 188 | MEMORANDUM IN SUPPORT Filed by George S. Allen [187-1] motion For Stay Pending Resolution of Interference No. 103,657 (SEALED) (sm) (Entered: 08/07/2000) |
| 08/07/2000 | 189 | Letter to the Court dated 8/7/00 by Philip A. Rovner, Esq. RE: Enclosed proposed revised scheduling order agreed to by the parties. (sm) (Entered: 08/11/2000) |
| 08/08/2000 | 190 | Letter to the Court dated 8/8/00 by Philip A. Rovner, Esq. RE: Pltf., Dr. Allen withdraws his motion seeking a stay (D.I. 187), but reserves the right to file another motion seeking a stay. (sm) (Entered: 08/11/2000) |

| | | |
|---|---|---|
| 08/08/2000 | | WITHDRAWAL of [187-1] motion For Stay Pending Resolution of Interference No. 103,657 (SEE Letter, D.I. 190). (sm) (Entered: 08/11/2000) |
| 08/14/2000 | 191 | Letter MOTION by George S. Allen Requesting that Defendants be Compelled to Respond to Interrogatories Relating to Claim Coverage and Validity re: [191-1] motion (sm) (Entered: 08/15/2000) |
| 08/18/2000 | 192 | REVISED RULE 16 SCHEDULING ORDER setting Discovery cutoff 3/5/01 ; Deadline for filing dispositive motions 3/12/01 ; Pretrial conference for 1:15 5/24/01 ; Jury Trial Date Deadline 9:00 6/5/01 ; Proposed Pretrial Order due on 5/21/01 ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 08/21/2000) |
| 08/28/2000 | 193 | LETTER RESPONSE Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [191-1] motion Requesting that Defendants be Compelled to Respond to Interrogatories Relating to Claim Coverage and Validity - Reply Brief due 9/5/00 (sm) (Entered: 09/05/2000) |
| 09/05/2000 | 194 | Letter to the Court dated 9/5/00 by Philip A. Rovner, Esq. RE: Pltf. will file a reply letter in further support of his motion to compel responses from dfts' by 9/12/00. (sm) (Entered: 09/08/2000) |
| 09/12/2000 | 195 | LETTER REPLY Filed by George S. Allen [191-1] motion Requesting that Defendants be Compelled to Respond to Interrogatories Relating to Claim Coverage and Validity (sm) (Entered: 09/15/2000) |
| 09/28/2000 | 196 | MOTION by George S. Allen with Proposed Order to Stay Pending Resolution of Interference No. 103,657 Answer Brief due 10/12/00 re: [196-1] motion (sm) (Entered: 10/05/2000) |
| 09/28/2000 | 197 | SEALED MEMORANDUM IN SUPPORT Filed by George S. Allen [196-1] motion to Stay Pending Resolution of Interference No. 103,657 (sm) Modified on 7/27/2006 (rpg, ). (Entered: 10/05/2000) |
| 09/29/2000 | 198 | MEMORANDUM ORDER that Pltf's [123-1] motion for Reargument of [113-1] Order Regarding Communications and Documents Withheld by Dfts. on the Basis of Privilege is DENIED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 10/11/2000) |
| 10/11/2000 | 199 | ORDER that Pltf's [133-1] motion for Reconsideration of [128-1] Decision Denying as "Moot" Pltf's Request to Obtain Discovery of Information at Howmedica Leibinger GmbH is DENIED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 10/16/2000) |
| 10/12/2000 | 200 | STIPULATION with proposed order that the time for dfts to file their answering memorandum to the motion of pltf. for stay pending resolution of interference no. 103,657 is extended to 10/19/00. (sm) (Entered: 10/16/2000) |
| 10/19/2000 | 201 | MEMORANDUM IN OPPOSITION Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [196-1] motion to Stay Pending Resolution of Interference No. 103,657 - Reply Brief due 10/26/00 (SEALED) (sm) |

| | | |
|---|---|---|
| | | (Entered: 10/20/2000) |
| 10/25/2000 | | So Ordered GRANTING [200-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 10/27/2000) |
| 10/26/2000 | 202 | REPLY MEMORANDUM IN SUPPORT Filed by George S. Allen [196-1] motion to Stay Pending Resolution of Interference No. 103,657 (SEALED) (sm) (Entered: 10/30/2000) |
| 10/30/2000 | 203 | APPLICATION by Howmedica Leib Inc., Pfizer Inc., Howmedica for oral argument on pltf's motion for stay (D.I. 196). (sm) (Entered: 10/31/2000) |
| 11/02/2000 | 204 | LETTER SUPPLEMENT by Pfizer Inc. in support of [130-1] motion for Modification or Reconsideration of [126-1] order (sm) (Entered: 11/03/2000) |
| 11/15/2000 | 205 | Letter to the Court dated 11/15/00 by Richard M. Klein, Esq. RE: Picker Intl's response to dfts' letter to the Court dated 11/2/00 concerning deposition information by subpoena from Picker. (sm) (Entered: 11/27/2000) |
| 11/15/2000 | 206 | STIPULATION with proposed order that the time by which pltf. shall file his response to dfts' letter motion of 11/2/00 is extended to 11/24/00. (sm) (Entered: 11/27/2000) |
| 11/17/2000 | | So Ordered GRANTING [206-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 11/27/2000) |
| 11/22/2000 | 207 | Letter to the Court dated 11/22/00 by Philip A. Rovner, Esq. RE: In response to dft. Pfizer's letter dated 11/2/00 concerning their motion for modification or reconsideration (D.I. 130). Pltf. requests the Court deny Pfizer's request to depose Mr. Fry. (sm) (Entered: 11/29/2000) |
| 12/01/2000 | 208 | LETTER REPLY Filed by Pfizer Inc. [130-1] motion for Modification or Reconsideration of [126-1] order (sm) (Entered: 12/06/2000) |
| 12/04/2000 | 209 | Letter to the Court dated 12/4/00 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 12/06/2000) |
| 12/08/2000 | 210 | Letter to the Court dated 12/8/00 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 12/11/2000) |
| 12/13/2000 | 211 | Letter to the Court dated 12/13/00 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 12/14/2000) |
| 12/14/2000 | 212 | Letter to the Court dated 12/14/00 by Matthew F. Boyer, Esq. (SEALED) (sm) (Entered: 12/18/2000) |
| 12/15/2000 | 213 | Letter to the Court dated 12/15/00 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 12/19/2000) |
| 12/18/2000 | 214 | Letter to the Court dated 12/18/00 by Matthew F. Boyer, Esq. RE: Dfts' answer to pltf's 12/4/00 letter motion (D.I. 209) to compel. (sm) (Entered: 12/20/2000) |

| 12/22/2000 | 215 | Letter to the Court dated 12/22/00 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 12/29/2000) |
| 12/29/2000 | 216 | STIPULATION with proposed order that the time for dfts. to file their response to pltf's 12/15/00 letter motion for a discovery sanction shall be extended to 1/9/01. (sm) (Entered: 01/02/2001) |
| 01/04/2001 | | So Ordered GRANTING [216-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 01/05/2001) |
| 01/09/2001 | 217 | Letter to the Court dated 1/9/01 by Matthew F. Boyer, Esq. (SEALED) (sm) (Entered: 01/10/2001) |
| 01/11/2001 | 218 | STIPULATION with proposed order that: (i) the initial expert reports shall be due by 2/5/01; (ii) rebuttal expert reports shall be due by 2/21/01; and (iii) expert depositions shall be completed by 3/19/01. (sm) (Entered: 01/12/2001) |
| 01/17/2001 | | So Ordered GRANTING [218-1] stipulation reset Discovery deadline to 3/19/01 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 01/18/2001) |
| 01/17/2001 | 219 | Letter to the Court dated 1/17/01 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 01/18/2001) |
| 01/17/2001 | 220 | Letter to the Court dated 1/17/01 by Matthew F. Boyer, Esq. (SEALED) (sm) (Entered: 01/18/2001) |
| 01/19/2001 | 221 | MOTION by Howmedica Leib Inc., Pfizer Inc., Howmedica for Summary Judgment Answer Brief due 2/2/01 re: [221-1] motion (sm) (Entered: 01/22/2001) |
| 01/19/2001 | 222 | BRIEF IN SUPPORT Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [221-1] motion for Summary Judgment (SEALED) (sm) (Entered: 01/22/2001) |
| 01/25/2001 | 223 | STIPULATION with proposed order that the time in which pltf. shall file his response to dfts' motion for summary judgment (D.I. 221) is extended to 2/19/01. (sm) (Entered: 01/26/2001) |
| 01/29/2001 | | So Ordered GRANTING [223-1] stipulation reset Answer Brief Deadline to 2/19/01 re: [221-1] motion for Summary Judgment ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 02/05/2001) |
| 01/31/2001 | 224 | Letter to the Court dated 1/31/01 by Matthew F. Boyer, Esq. RE: Dfts' sur-reply to pltf's reply (D.I. 219) in support of his letter motion for a discovery sanction filed 12/15/00 (D.I. 213). (sm) (Entered: 02/06/2001) |
| 02/13/2001 | 225 | Letter to the Court dated 2/13/01 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 02/14/2001) |
| 02/13/2001 | 226 | Letter to the Court dated 2/9/01 by Harold Pezzner, Esq. (SEALED) (sm) (Entered: 02/14/2001) |
| 02/20/2001 | 227 | STIPULATION with proposed order that the time by which pltf. shall |

| | | |
|---|---|---|
| | | file his response to dfts' motion for summary judgment (D.I. 221) is extended to 2/21/01. (sm) (Entered: 02/21/2001) |
| 02/22/2001 | | So Ordered GRANTING [227-1] stipulation reset Answer Brief Deadline to 2/21/01 re: [221-1] motion for Summary Judgment ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 02/23/2001) |
| 02/22/2001 | 228 | STIPULATION with proposed order that the time by which plf. shall respond to dfts' Motion for Summary Judgment (D.I. 221) is extended to 2/26/01. (sm) (Entered: 02/23/2001) |
| 02/26/2001 | | So Ordered GRANTING [228-1] stipulation reset Answer Brief Deadline to 2/26/01 re: [221-1] motion for Summary Judgment ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 229 | ANSWERING BRIEF Filed by George S. Allen [221-1] motion for Summary Judgment - Reply Brief due 3/6/01 (SEALED) (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 230 | Declaration of Fred Grasso In Support of Pltf's Answering Brief in Opposition to Dfts' Motion For Summary Judgment (Volume I) (SEALED) (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 231 | Declaration of Fred Grasso In Support of Pltf's Answering Brief in Opposition to Dfts' Motion For Summary Judgment (Volume II) (SEALED) (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 232 | Letter to the Court dated 2/27/01 by Matthew F. Boyer, Esq. RE: Dfts' response to pltf's motion for a Discovery Sanction. (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 233 | MOTION by George S. Allen with Proposed Order for Partial Summary Judgment Answer Brief due 3/13/01 re: [233-1] motion (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 234 | OPENING BRIEF Filed by George S. Allen [233-1] motion for Partial Summary Judgment (SEALED) (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 235 | Declaration of John Mc Groarty In Support of Pltf's Motion For Partial Summary Judgment (Volume I) (SEALED) (sm) (Entered: 02/28/2001) |
| 02/27/2001 | 236 | Declaration of John Mc Groarty in Support of Pltf's Motion For Partial Summary Judgment (Volume II) (SEALED) (sm) (Entered: 02/28/2001) |
| 03/05/2001 | 237 | STIPULATION with proposed order that (i) rebuttal expert reports shall be due by 3/5/01; (ii) expert depositions shall be completed by 4/2/01; (iii) the time by which the dfts. shall file their reply in support of dfts' Motion for Summary Judgment and their answer to pltf's Motion For Summary Judgment is extended to 3/26/01; and (iv) the time by which pltf. shall file his reply in support of pltf's Motion for Summary Judgment is extended to 4/9/01. (sm) (Entered: 03/07/2001) |
| 03/07/2001 | | So Ordered GRANTING [237-1] stipulation reset Discovery deadline to 4/2/01 , reset Reply Brief Deadline to 4/9/01 re: [233-1] motion for |

| | | |
|---|---|---|
| | | Partial Summary Judgment, 3/26/01 re: [221-1] motion for Summary Judgment , reset Answer Brief Deadline to 3/26/01 re: [233-1] motion for Partial Summary Judgment ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 03/12/2001) |
| 03/20/2001 | 240 | ANSWERING BRIEF Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [233-1] motion for Partial Summary Judgment (SEALED) (sm) (Entered: 04/02/2001) |
| 03/27/2001 | 238 | Letter to the Court dated 3/27/01 by Matthew F. Boyer, Esq. RE: Enclosed stipulation and proposed order requesting a 3 day extension of time for the parties' summary judgment briefing. (sm) (Entered: 03/28/2001) |
| 03/27/2001 | 239 | STIPULATION with proposed order that 1) the time for dfts. to file their reply in support of dfts' motion for summary judgment and their answer to pltf's motion for partial summary judgment is extended to 3/29/01 2) the time by which pltf. shall file his reply in support of pltf's motion for partial summary judgment is extended to 4/12/01. (sm) (Entered: 03/28/2001) |
| 03/30/2001 | 241 | REPLY BRIEF Filed by Howmedica Leib Inc., Pfizer Inc., Howmedica [221-1] motion for Summary Judgment (SEALED) (sm) (Entered: 04/02/2001) |
| 04/02/2001 | | So Ordered GRANTING [239-1] stipulation reset Reply Brief Deadline to 4/12/01 re: [233-1] motion for Partial Summary Judgment ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 04/06/2001) |
| 04/02/2001 | 242 | Letter to the Court dated 4/2/01 by Matthew F. Boyer, Esq. RE: Dfts' request oral argument on their Motion for Summary Judgment (D.I. 221). (sm) (Entered: 04/06/2001) |
| 04/03/2001 | 243 | APPLICATION by George S. Allen for oral argument on dfts' Motion for Summary Judgment (D.I. 221). (sm) (Entered: 04/09/2001) |
| 04/12/2001 | 244 | STIPULATION with proposed order that the time by which pltf. shall file his reply brief in further support of pltf's motion for partial summary judgment is extended to 4/27/01. (sm) (Entered: 04/16/2001) |
| 04/17/2001 | 245 | Letter to the Court dated 4/17/01 by Harold Pezzner, Esq. and Philip A. Rovner, Esq. RE: The parties request a status conference to discuss the timetable for decision on the summary judgment motions and, if necessary or advisable, whether the dates for the pre-trial conference and trial should be deferred to dates certain later this year. (sm) (Entered: 04/18/2001) |
| 04/19/2001 | | So Ordered GRANTING [244-1] stipulation reset Reply Brief Deadline to 4/27/01 re: [233-1] motion for Partial Summary Judgment ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 04/23/2001) |
| 04/27/2001 | 246 | REPLY BRIEF Filed by George S. Allen [233-1] motion for Partial |

| | | |
|---|---|---|
| | | Summary Judgment (SEALED) (sm) (Entered: 05/01/2001) |
| 04/27/2001 | 247 | Declaration of John McGroarty in Support of Plaintiff Dr. Allen's Motion For Partial Summary Judgment (Volume 3(Reply)) (SEALED) (sm) (Entered: 05/01/2001) |
| 04/30/2001 | 248 | ORDER that Dft. Pfizer, Inc.'s [130-1] motion for Modification or Reconsideration of [126-1] order is DENIED AS MOOT. Pltf's [146-1] motion For Issuance of Letters of Request Pursuant to the Hague Convention For the Purpose of Taking the Depositions of Two Witnesses in Germany is DENIED AS MOOT. Pltf's [191-1] motion Requesting that Defendants be Compelled to Respond to Interrogatories Relating to Claim Coverage and Validity is DENIED AS MOOT. Pltf's [196-1] motion to Stay Pending Resolution of Interference No. 103,657 is DENIED AS MOOT. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 05/02/2001) |
| 05/02/2001 | 249 | Letter to the Court dated 5/2/01 by Philip A. Rovner, Esq. RE: Pltf. requests the trial date be changed to a later time, preferably between September 10-28, 2001. (sm) (Entered: 05/04/2001) |
| 05/07/2001 | | Deadline updated; set Telephone Conference for 10:30 5/9/01 per calendar notice. (sm) (Entered: 05/08/2001) |
| 05/08/2001 | | Deadline updated; reset Telephone Conference for 9:00 6/5/01 , terminated Pretrial Conference on 5/24/01 at 1:15 p.m. and Jury Trial on 6/5/01 at 9:00 a.m. per calendar notice. (sm) (Entered: 05/09/2001) |
| 05/09/2001 | 250 | ORDER that the parties' application for a continuance is GRANTED. The Teleconference scheduled for 5/9/01 at 10:30 a.m. is CONTINUED until 6/5/01 at 9:00 a.m. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 05/10/2001) |
| 06/05/2001 | | Tele-conference held (Farnan, J.) re new trial date - parties to agree on a date in late Nov 2001 or Feb. 2002 (Ct. Rptr. K. Maurer) (vm) Modified on 06/13/2001 (Entered: 06/06/2001) |
| 06/07/2001 | 251 | Letter to the Court dated 6/7/01 by Philip A. Rovner, Esq. RE: proposed trial dates of 2/4/02-2/15/02. (dlk) (Entered: 06/13/2001) |
| 06/13/2001 | | Deadline updated; set Pretrial Conference for 12:00 1/3/02 , and set Jury Trial for 9:00 2/4/02 (Calendar Notice) (vm) (Entered: 06/15/2001) |
| 06/14/2001 | 252 | ORDER ( signed by Judge Joseph J. Farnan Jr. ) 1. Pretrial Conference will be held on 1/3/02 at 12:00 p.m. 2. The Jury Trial will commence on 2/4/02 at 9:00 a.m. copies to: counsel (dlk) (Entered: 06/15/2001) |
| 06/14/2001 | | Pre-trial conference set (dlk) (Entered: 06/15/2001) |
| 06/19/2001 | 253 | TRANSCRIPT filed for telephone conference for dates of 6/5/01 at 9:00 am Ct. Rptr. k. Maurer (dlk) (Entered: 06/20/2001) |
| 06/20/2001 | 254 | Steno Notes for 6/5/01 teleconference. Ct. Rptr. K. Maurer (dlk) (Entered: 06/25/2001) |

| | | |
|---|---|---|
| 08/23/2001 | 255 | Letter to the Court dated 8/23/01 by Harold Pezzner, Esq. RE: request for hearing on 2 Motions for Summary Judgment. (dlk) (Entered: 08/27/2001) |
| 11/26/2001 | 256 | Letter Motion by Howmedica Leibinger, Inc., Howmedica Inc. and Pfizer, Inc. to amend scheduling order to permit limited additional discovery arising from George Allen's Production of Documents. (dlk) (Entered: 11/27/2001) |
| 12/04/2001 | 257 | Letter to the Court by Philip A. Rovner, Esq. filed under seal. (dlk) (Entered: 12/06/2001) |
| 12/10/2001 | 258 | Letter to the Court dated 12/10/01 by Philip A. Rovner, Esq. RE: Request that the Allen trial proceed as scheduled and not be moved. (dlk) (Entered: 12/11/2001) |
| 12/11/2001 | 259 | Letter filed under seal by Howmedica and Pfizer (dlk) (Entered: 12/12/2001) |
| 12/12/2001 | 260 | Letter to the Court dated 12/11/01 by Rudolf E. Hutz, Esq. RE: in response to Mr. Rovner's letter regarding rescheduling trial (dlk) (Entered: 12/13/2001) |
| 12/13/2001 | 261 | MOTION by George S. Allen with Proposed Order for Michael N. Zachary, Esq. and Mark M. Supko, Esq. to Appear Pro Hac Vice (dlk) (Entered: 12/14/2001) |
| 12/17/2001 | | So Ordered GRANTING [261-1] motion for Michael N. Zachary, Esq. and Mark M. Supko, Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (dlk) (Entered: 12/18/2001) |
| 12/17/2001 | 262 | Copy of Letter to Counsel dated 12/17/01 by the Court RE: Trial continued and counsel must notify the Court of trial date availability for either 3/18/02 or 5/28/02 no later than 12/28/01. (dlk) (Entered: 12/18/2001) |
| 12/17/2001 | | **Terminated deadlines-Pretrial conference and trial terminated per calendar notice (dlk) (Entered: 12/18/2001) |
| 12/21/2001 | 263 | Letter filed under seal to the Court by Phillip A. Rovner, Esq. for Pltf. (dlk) (Entered: 12/27/2001) |
| 12/26/2001 | 264 | Letter to the Court dated 12/26/01 by Phillip A. Rovner, Esq. RE: in response to the Courts letter of 12/17/01. The Parties have agreed to the May 28, 2002 trial date (dlk) (Entered: 12/27/2001) |
| 01/07/2002 | 265 | STIPULATION with proposed order that the time for defts' to file their response to Pltf's letter motion to amend scheduling order(D.I. 263), is extended to 1/22/02 and time for pltf to file reply is extended to 2/5/02. (dlk) (Entered: 01/08/2002) |
| 01/08/2002 | | So Ordered GRANTING [265-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (dlk) (Entered: 01/10/2002) |
| 01/15/2002 | | Deadline updated; set Tele-Scheduling Conference for 2:00 1/17/02 per |

| | | calendar notice. (vm) (Entered: 01/15/2002) |
|---|---|---|
| 01/17/2002 | | Scheduling conference held (Farnan, J) K. Maurer Ct. Rptr. Pretrial conference set for 4/5/02 at 12:30 p.m. and trial to begin on 5/28/02. Oral argument on motions for summary judgment tentatively set for 2/28/02 at 12:30 p.m. - to be confirmed by 1/30/02. (vm) (Entered: 01/17/2002) |
| 01/17/2002 | 266 | Steno Notes for 1/17/02 Teleconference (Farnan,J) Ct. Rptr. K. Maurer (dlk) (Entered: 01/22/2002) |
| 01/22/2002 | 267 | Letter to the Court dated 1/22/02 by Matthew F. Boyer, Esq. RE: no formal written response to pltf's motion(D.I.263) will be filed. If the parties' efforts to resolve the matters are unsuccessful, we will contact the Court to request a brief teleconference. (dlk) (Entered: 01/24/2002) |
| 01/31/2002 | 268 | Letter (SEALED) to the Court by Matthew F. Boyer, Esq. (dlk) (Entered: 02/04/2002) |
| 01/31/2002 | 269 | Letter (SEALED) to the Court by Philip A. Rovner, Esq. (dlk) (Entered: 02/04/2002) |
| 02/04/2002 | 270 | ORDER that 1. The Pretrial Conference in this matter will be held on Friday, 4/5/02 at 12:30 p.m. 2. Trial in this matter has been rescheduled from 2/4/02 to Tuesday, 5/28/02 at 9:00 a.m.( signed by Judge Joseph J. Farnan Jr. ) copies to: Counsel (dlk) (Entered: 02/06/2002) |
| 02/04/2002 | | Per Calendar Notice Deadlines updated; reset Jury Trial for 9:00 5/28/02 , and set Pretrial Conference for 12:30 4/5/02 (dlk) (Entered: 02/06/2002) |
| 02/05/2002 | 271 | ORDER DENYING as moot [263-1] letter Motion to Amend Scheduling Order; DENYING as moot [256-1] letter Motion to Amend Scheduling Order; DENYING [269-1] Request to clarify the scope of additional discovery to the extent that Pltf. seeks discovery beyond that related solely to the commercialization of Leibinger's new fiducial markers; and GRANTING [268-1] request to clarify the scope of additional discovery, and Discovery, to the extent it relates to the parties recent commercialization efforts, will be extended as follows: a. All fact disc. shall be completed by 2/28//02; b. All expert reports shall be modified by 3/7/02; and c. All expert depositions shall be completed by 3/15/02. reset Discovery deadline to 2/28/02 ( signed by Judge Joseph J. Farnan Jr. ) copies to: Counsel (dlk) (Entered: 02/08/2002) |
| 02/08/2002 | 272 | Letter to the Court dated 2/8/02 by Philip A. Rovner, Esq. RE: 2/5/02 Court Order produces an unfair result, and prejudices Dr. Allen in preparation for trial on the damage issue (dlk) (Entered: 02/12/2002) |
| 02/14/2002 | 273 | NOTICE of Service of Subpoena by Howmedica Leib Inc., Pfizer Inc., Howmedica on Z-Kat, Inc. (dlk) (Entered: 02/20/2002) |
| 02/14/2002 | 274 | NOTICE by Howmedica Leib Inc., Pfizer Inc., Howmedica to take deposition of Robert Dick on 2/21/02 at 10:00 a.m. (dlk) (Entered: 02/20/2002) |

| | | |
|---|---|---|
| 02/19/2002 | 275 | NOTICE of Service of Subpoena and Deposition by Howmedica Leib Inc., Pfizer Inc., Howmedica to Medtronic Surgical Navigation Technologies Inc. (dlk) (Entered: 02/22/2002) |
| 02/25/2002 | 276 | Letter dated 2/25/02 by Matthew F. Boyer, Esq. RE: in response to Pltf's 2/8/02 letter request(D.I. 272) for reargument of portions of teh Court's Memorandum Order dated 2/5/02(D.I. 271) (dlk) (Entered: 02/27/2002) |
| 02/26/2002 | 277 | MOTION by George S. Allen with Proposed Order for Fred Grasso, Esq. to Appear Pro Hac Vice (dlk) (Entered: 03/01/2002) |
| 02/27/2002 | 278 | Letter MOTION by Howmedica Leib Inc., Pfizer Inc., Howmedica for Protective Order to prevent Pltf from conducting discovery of non-party Z-Kat, Inc. Answer Brief due 3/13/02 re: [278-1] motion (dlk) (Entered: 03/01/2002) |
| 02/28/2002 | | So Ordered granting [277-1] motion for Fred Grasso, Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (dlk) (Entered: 03/05/2002) |
| 03/01/2002 | 279 | TRANSCRIPT filed regarding [0-0] Scheduling conference for dates of 1/17/02 (Farnan,J) Ct. Rptr. K. Maurer (dlk) (Entered: 03/05/2002) |
| 03/05/2002 | 280 | NOTICE by Howmedica Leib Inc., Pfizer Inc., Howmedica to take deposition of Robert Dick on 3/12/02 at 10:00 a.m. (dlk) (Entered: 03/11/2002) |
| 03/11/2002 | 281 | Letter to the Court by Philip A. Rovner, Esq. (UNDER SEAL) (dlk) (Entered: 03/13/2002) |
| 03/12/2002 | 282 | Corrected version of Letter(SEALED) to the Court dated 3/11/02 by Philip A. Rovner, Esq. (dlk) (Entered: 03/14/2002) |
| 03/13/2002 | 283 | NOTICE by Howmedica Leib Inc., Pfizer Inc., Howmedica to take deposition of Russell L. Parr on 3/13/02 at 10:00 a.m. (dlk) (Entered: 03/14/2002) |
| 03/18/2002 | 284 | Letter to the Court dated 3/18/02 by Matthew F. Boyer, Esq. (Filed under seal) (dlk) (Entered: 03/19/2002) |
| 03/28/2002 | 285 | MEMORANDUM OPINION ( signed by Judge Joseph J. Farnan Jr. ) copies to: Counsel (dlk) (Entered: 04/01/2002) |
| 03/28/2002 | 286 | ORDER GRANTING Defts' [221-1] motion for Summary Judgment; DENYING Pltf's [233-1] motion for Partial Summary Judgment ( signed by Judge Joseph J. Farnan Jr. ) copies to: Counsel (dlk) (Entered: 04/01/2002) |
| 03/28/2002 | | Case closed (dlk) (Entered: 04/01/2002) |
| 04/12/2002 | 287 | NOTICE OF APPEAL by George S. Allen [286-1] order dated 3/28/02. Time: 12:44 Fee Status: Paid. Receipt # 132223. TPO issued. Appeal record due on 5/13/02 (rwc) (Entered: 04/16/2002) |
| | | |