OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr., P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:provner@potteranderson.com

RE:  George S. Allen, v. Howmedica Leibinger GmbH, et al.
     Civ. No.: 98-613 JJF

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:   22, 37, 72, ~~101~~, 125, ~~133~~, ~~134~~, ~~136~~, 147, 148, ~~149~~, ~~172~~, 180, ~~184~~, 188, ~~197~~, ~~202~~, ~~209~~, ~~210~~, ~~211~~, 213, 215, ~~219~~, 225, 229, ~~230~~, ~~231~~, ~~234~~, 235, 236, 246, ~~247~~, 257, 263, 269, ~~281~~, and ~~282~~.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: [signature]

I hereby acknowledge receipt of the above mentioned documents on 8/21/06.

[signature]
Signature