OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Matthew F. Boyer
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 884-6585
Email: mboyer@cblh.com

RE:   George S. Allen, v. Howmedica Leibinger GmbH, et al.
      Civ. No.: 98-613 JJF

Dear Counsel:

    Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:    92, 130, 201, 212, 226, 240, 241, 259, 268, and 284.

    A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

    I hereby acknowledge receipt of the above mentioned documents

on _____8/21/06_____.

_____
Signature